# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **ZACHARY JOHN NIELSON GIMPEL** | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 30, 2004__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly Transporting and Shipping in Interstate Commerce by Computer The Visual Depiction and use of a Minor Engaging in Sexually Explicit conduct.

in violation of Title __18__ United States Code, Section(s) __2252(a)__.

I further state that I am __Craig Fraser, Special Agent with the United States Secret Service (USSS), Washington Field Office__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, Heidi Pasichow   (202) 514-7533
Sworn to before me and subscribed in my presence,

Signature of Complainant
Craig Fraser, Special Agent
United States Secret Service (USSS)
Washington Field Office

_____   at   __Washington, D.C.__
Date                                         City and State

_____       _____
Name & Title of Judicial Officer            Signature of Judicial Officer