AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

ZACHARY JOHN NIELSON GIMPEL

28048-01K

**WARRANT FOR ARREST**

CASE NUMBER: 05-0159M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Zachary John Nielson Gimpel___
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Sexual Exploitation of a minor

FILED
APR 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title _18_ United States Code, Section(s) _2252(a)_.

JOHN M. FACCIOLA                    JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE               U.S. MAGISTRATE JUDGE
Name of Issuing Officer             Title of Issuing Officer

_/s/ John M. Facciola_              MAR 24 2005       District of Columbia
Signature of Issuing Officer        Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-24-05 | Sean McLeod | Sean McLeod |
| DATE OF ARREST | SDUSM | |
| 4-12-05 | | |