UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-159 (JMF) |
| | ) |
| ZACHARY JOHN NIELSON GIMPEL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500