AO 470 (8/85) Order of Temporary Detention

# United States District Court FILED

———————— DISTRICT OF ————————    APR 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Zachary John Nielson Gimpel
_____Defendant_____

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 05-159 M

Upon motion of the _____Government_____, it is ORDERED that a detention hearing is set for __4/14/05__ * at __1:30 pm__
                                            Date                          Time

before __Magistrate Judge Deborah A. Robinson__
        Name of Judicial Officer

__Courtroom 25 first Floor__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____) and produced for the hearing.
                        Other Custodial Official

Date: __4/12/05__                           _____
                                             Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.