IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: |
| | : | Magistrate Number:   05-0159M-01 |
| v. | : | |
| | : | VIOLATION:  18 U.S.C. §2252(a)(1) |
| ZACHARY JOHN NIELSON GIMPEL, | : | |
| | : | (Sexual Exploitation of Minors Through the |
| Defendant. | : | Knowing Transportation of Visual Depictions |
| | : | of Sexually Explicit Conduct Using Minors in |
| | : | Interstate Commerce By Means of a Computer) |

INFORMATION

The United States Attorney charges:

COUNT ONE

On or about April 30, 2004, within the District of Columbia, and elsewhere, Zachary John
Nielson Gimpel knowingly transported a visual depiction in interstate and foreign commerce by any
means, including by computer, the producing of such visual depiction having involved the use of
a minor engaged in sexually explicit conduct and such depiction was of such conduct, that is:
Zachary John Nielson Gimpel transported a computer file with the depiction herein described over
the internet from Maine to the District of Columbia, such file containing visual depictions of minors
under the age of 18 years engaging in sexually explicit conduct as defined in Title 18, United States
Code, Section 2256(2)(A).

(Sexual Exploitation of Minors Through the Knowing Transportation of Visual Depictions of
Sexually Explicit Conduct Using Minors in Interstate Commerce By Means of a Computer, in
violation of 18 U.S.C. §2252(a)(1)).

FORFEITURE ALLEGATION
(Child pornography)

1.      The allegations of Count One of this Information are re-alleged as if fully set forth

here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2.      Upon conviction of the offense set forth above, Zachary John Nielson Gimpel, the

defendant herein, shall forfeit to the United States his interest in all materials and property used, and

all property intended to be used, to commit the offense set forth in Count I: Transportation of child

pornography.  Such property includes, but is not limited to, the following specific items found inside

of 42 Winter Street, Waterville, Maine during the execution of a search warrant executed on April

27, 2004:  One Dell computer; one Memorex disk entitled "Money Backup"; and nine floppy disks.

(Criminal Forfeiture pursuant to 18 U.S.C. §2253).

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By:     _____

Heidi M. Pasichow
D.C. Bar # 370-686
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7533


_____

Sara Gottovi, Esquire
Trial Attorney
Child Exploitation and Obscenity Section,
      Criminal Division
Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
(202) 305-4133

-2-