UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-258 (EGS)
)
Zachary Jon Nielson Gimpel )
Defendant. )
)

## O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house Zachary Jon Nielson Gimpel _____ at Central Treatment Facility until further Order of this Court, FORTHWITH.

8/5/05
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE