UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

vs.
ZACHARY JOHN NIELSON GIMPEL
    Defendant.
_____/

Criminal No. 05-258 (EGS)

### ORDER

On **AUGUST 16, 2005**, the defendant pled guilty to Count One of the Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **OCTOBER 21, 2005**; defendant's memorandum of law, if any shall be filed by no later than **OCTOBER 28, 2005**; the Government's memorandum of law, if any shall be filed by no later than **NOVEMBER 4, 2005**, a reply, if any, shall be filed by no later than **NOVEMBER 11, 2005**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #1, 2nd Floor on **NOVEMBER 18, 2005 AT 11:00 A.M.**

IT IS SO ORDERED.

DATE: 8/17/05

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

NOTICE TO:
Heidi Pasichow, AUSA
Sara Gottove, AUSA
Lara Quint, FPD
U.S. Probation Office