UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

ZACHARY JOHN NIELSON GIMPEL
    Defendant

Criminal No. 05-258 (EGS)

### WAIVER OF INDICTMENT

I, ZACHARY JOHN NIELSON GIMPEL, the above named defendant, who is accused of _Sexual exploitation of minors through knowing transportation of visual depictions of sexually explicit conduct_ being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _August 5, 2005_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
    Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment