**FACTUAL PROFFER**

**ZACHARY JOHN NIELSON GIMPEL**

**DOB: 01/19/1982**

FILED

AUG 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

As part of the Electronic Crimes Task Force's(E.C.T.F.) investigations of individuals trading child pornography over the internet, a Special Agent with the United States Secret Service (U.S.S.S.), Washington Field Office logged onto Internet Relay Chat (IRC) on April 30, 2004 using the U.S.S.S. undercover computer lab in the District of Columbia; seeking individuals advertising and trading child pornography. The agent discovered that suspected child pornography was offered for trade through an IRC chatroom named "#100%preteengirlsexpics." He had entered the chatroom using an undercover identity and found that an individual with the screen name "Queman" was present in the chatroom and engaged in the trading of suspected child-pornography. Once he logged into the chatroom, a message appeared from suspect "Queman" that stated he had an active FSERVE that could be activated by typing the command "!Queman" into the command line.

Internet Relay Chat (IRC) is a protocol used over the internet to allow participants to chat online in a live

forum related to a common interest. IRC is generally regarded as the earliest form of online chatting.  F-Serves are programs that operate over an IRC network and automate the process of trading and sharing files.  F-Serve programs allow for the dissemination of any given file on an individual's computer while maintaining strict rules for how and when these files can be obtained.  For example, an F-Serve can require that users upload a certain amount of files before any files can be downloaded.  Additionally, F-Serves can be set to automatically run advertisements at regular intervals in a particular IRC channel to notify other users that the F-Serve exists and what types of files it is looking to trade.

Based on the Agent's training and experience, and in consultation with computer forensic specialists, he learned that F-Serve operators trading child pornography often have long standing patterns of behaviors as it relates to the collection and compilation of these images and movie files. F-Serve operators are known to accumulate hundreds of thousands of child pornography images and/or movies and spend large amounts of time caring for and sorting through their collections.  Because of the highly technical nature of operating F-Servers, these individuals are generally well

2

versed in computer technologies and are adept at using this technology to trade child pornography over long periods of time.

Upon receiving the message from "Queman," the agent immediately entered suspect "Queman's" F-SERVE by typing the advertised code word of "!Queman." The F-SERVE was designed to allow a person to directly download images of suspected child pornography from "Queman's" computer. Once in the F-SERVE, suspect "Queman" required that he read the rules he had enacted for his FSERVE before conducting any trading of suspected child pornography. Suspect "Queman" had several rules for his FSERVE, one of which stated that members of law enforcement must leave the FSERVE immediately without accessing his images. Another rule was that he gave "extra credit" if one were to trade him images of a series of pictures of girls under the age of 17, and "extra credit" for girls under the age of 17 that posted personal pictures of themselves.

6. Through the use of this FSERVE the agent was able to download two (2) images of suspected child pornography directly from his computer to the agent's hard drive located in the U.S.S.S. undercover lab located in the District of Columbia. I captured the Internet Protocol (IP) address,

3

**137.146.110.22,** of the individual's computer from which I downloaded the images.  The agent traced the IP address to an account with Colby College in Waterville, Maine.

On May 17, 2004, the agent provided the two images to Jennifer Lee of the National Center for Missing and Exploited Children (N.C.M.E.C.) for analysis.  Jennifer Lee is the supervisor of the Child Victim Identification Project (C.V.I.P.) for N.C.M.E.C.  Ms. Lee evaluated the two images and determined one of the images was an image of a confirmed child victim from a case known as "Missy."  Ms. Lee created a report, ID#5888, detailing the file name and the associated case.

8. On May 21, 2004, the agent received information that revealed that the individual utilizing the IP address **137.146.110.22** did so from a remote dial-up account given to a Colby College employee in Waterville, Maine.  A Colby College representative advised that the subscriber was logged in to the school's server through a work account and was present at work at the same time that the subscribers' remote access account was being used.  The Colby College representative further advised that the subscriber's remote account was being used by her home phone number.

4

On May 27, 2004, U.S. Magistrate Judge Margaret J. Kravchuck issued a search warrant for the subscriber's residence in Waterville, Maine. On this same date, agents of the United States Secret Service, Portland Resident Office executed the search warrant at the home of the subscriber and seized one (1) Dell computer, one (1) Compaq computer, and several magnetic media storage devices.

On June 4, 2004, the U.S.S.S. Agent spoke with the subscriber about this case over the phone. The subscriber stated that her adult son, **Zachary John Nielson Gimpel,** visits her home often, has access to her computer, may know her password, and was home for a visit on April 30, 2004.

On August 4, 2004, a computer forensic exam was completed on the computers seized during the search warrant executed at the subscriber's residence. Several hundred images of suspected child pornography were recovered by U.S.S.S. Electronic Crimes Special Agent Program (E.C.S.A.P) agents of the Washington Field Office. On that same date the agent provided a CD-Rom with all images of suspected child pornography downloaded from the subscriber's computer to the N.C.M.E.C. for review. Christine Feller, a senior examiner of the C.V.I.P., examined the images and was able to identify forty-two (42) of the images as confirmed child-

5

victims from several cases of child sexual exploitation.
Ms. Feller created a report, ID#6334 detailing the file
names of the pictures and their associated cases.  A
detailed description of several of the images follows:

A.  From the "Blue Shirt Girl" series.  This
picture is of a pre-pubescent girl lying on her back on
a bed.  A boy of undetermined age is straddling her
chest.  The female child is performing oral sex on the
male child.

B.  From the "Blue Shirt Girl" series. This
picture is of two male children of undetermined age and
a pre-pubescent girl.  In the picture, one of the male
children is laying on his back on a bed.  The female
child is straddling him while he penetrates her
vaginally with his penis.  The second male child is
standing in front of the female child while she
performs oral sex on him.

C. From the "Barbara" series.  This picture is a
close-up shot of a female child about six years old
performing oral sex on an adult male.  In the picture
only the face of the female child and the genitals of
the adult male can be seen.

D. From the "Chelsea" series.  In this image a

6

pre-pubescent child is seen lying on her back with her legs spread and her genitals clearly visible.

E. From the "Golden Angel" series. In this picture a male child of undetermined age is laying on his back on a bed. A pre-pubescent female is kneeling next to him and performing manual masturbation on him.

F. From the "Golden Angel" series. In this image a male of undetermined age is kneeling on a bed. A pre-pubescent female child is kneeling on the bed and performing manual masturbation on him.

G. From the "Hayley" series. This picture is of a pre-pubescent female child. She is seen with her pants pulled down, bent over, and clearly exposing her genitals.

H. From the "Helen" series. This picture is of a pre-pubescent girl under the age of eight (8) years, performing oral sex on an adult male. In the picture the face and arms of the female child and the penis of the adult male are clearly visible.

I. From the "Helen" series. In this picture, an adult male is standing in front of a pre-pubescent female child of less than eight (8) years of age. The female child is seen wearing a white tank-top, is naked

7

from the waist down, and is performing oral sex on the adult male.

J. From the "Helen" series. In this picture a pre-pubescent female child of less than eight (8) years is seen lying on her back on a bed. Her genitals are clearly visible. An adult male is penetrating her anally with his penis.

K. From the "Jennette" series. In this picture a pre-pubescent female is lying on her back. She is bound to a kitchen table with what appears to be bungee cords. Her legs are tied so that they are spread apart clearly exposing her genitals.

L. From the "KDV" series. This image is a collage of three pictures. In two of the three pictures a pre-pubescent male child is laying on his back on a bed another pre-pubescent male child kneels over him and allows the male child lying on the bed to perform oral sex on him.

M. From the "Linda" series: In this image one pre-pubescent female is seen on her knees and bent over on a bed, clearly exposing her genitals. A second pre-pubescent female child is kneeling on the bed next to her with her legs spread, exposing her genitals.

8

N. From the "Linda" series. In this picture a pre-pubescent female child is seen naked and sitting on the edge of the bed. Her genitals are clearly visible as she urinates directly onto the mattress.

O. From the "Sabban" series. In this picture a pre-pubescent female child is seen naked and lying back on a bed. An adult male is on top of her and penetrating her vaginally with his penis.

P. From the "Sabban" series. In this picture a pre-pubescent girl is seen lying on her back on a bed as a male child kneels in front of her and penetrates her vaginally with his penis. A second male child is lying on the bed behind the two.

Q. From the "Sabban" series. This image shows a pre-pubescent female child lying on her back on a couch. In the picture she is naked and exposing her genitals. In the image an adult female is performing oral sex on the female child.

R. From the "Sabban" series. In this image a pre-pubescent female is seen lying on her back. A male child is sitting on the bed bent over and performing oral sex on the female child. A second female child is also on the bed.

9

S. From the "Sucky" series. In this image a pre-
pubescent child's face is seen in front of the penis of
an adult male. In the picture the adult male is
ejaculating into the mouth and onto the face of the
female child.

T. From the "Sabban" series. In this image a pre-
pubescent female child is seen naked and lying on her
back on a bed with her legs pulled up in the air. An
adult male is penetrating her vaginally with his penis.

U. From the "Sabban" series. In this image a pre-
pubescent child is seen naked and bent over and
supporting herself on all fours on a bed. An adult
male is kneeling behind her as he ejaculates onto her
buttocks and back.

V. From the "Chelsea" series. In this image a
pre-pubescent child is seen lying on her back with her
legs spread and in the air, clearly exposing her
genitals.

On January 18, 2005, the subscriber stated that
after the search warrant was executed at her home, her son
**Zachary John Nielson Gimpel** apologized to her that he got
her in trouble, admitted to her that he had been on the
site, and that he desired to seek counseling but was

10

concerned that he would be reported by a counselor if it was determined that someone was in "imminent danger." The subscriber further stated that Gimpel's girlfriend had begun to monitor and control his computer usage over concerns of his access to pornography. Gimpel's girlfriend confirmed that she had established a password that Gimpel did not know so that he had to ask her to log him onto the computer when he wanted to use it. She set up the confidential password so that she could monitor his computer use. His girlfriend stated that she monitored his computer use for approximately one year between 2002 and 2003 after she had told him on three prior occasions that she discovered that he had accessed "pornographic" web sites.

On March 24, 2005 a criminal complaint and an arrest warrant was authorized by a U.S. District Court Magistrate Judge charging **Zachary John Nielson Gimpel** with Knowingly Transporting and Shipping in Interstate Commerce by Computer The Visual Depiction and Use of a Minor Engaging in Sexually Explicit Conduct.

On March 25, 2005 **Zachary John Nielson Gimpel** was arrested by U.S. Secret Service Special Agents in Portland Maine. Subsequent to his arrest, the agents were told that Mr. Gimpel had left a bag of his belongings in the ambulance

11

he had been driving and included in the bag was a removable computer hard-drive.  The arresting agents recovered the hard drive.

Based on the above facts Zachary John Nielson Gimpel knowingly transported and shipped in interstate commerce by computer the visual depiction and use of a minor engaging in sexually explicit conduct in violation of 18 U.S.C. §2252(a)(1).

12