IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 04-259-01 |
| | : | |
| v. | : | Judge Emmet G. Sullivan |
| | : | |
| ZACHARY JOHN NIELSON GIMPEL, | : | Sentencing: November 18, 2005 |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Unopposed Motion for an Extension of Time to November 10, 2005, to File a Memorandum In Aid of Sentencing for the following reasons:

1. On July 11, 2005, the Government filed a one-count Information charging the defendant with Sexual Exploitation of Minors Through the Knowing Transportation of Visual Depictions of Sexually Explicit Conduct Using Minors in Interstate Commerce By Means of a Computer, in violation of 18 U.S.C. §2252(a)(1).

2. On August 16, 2005, defendant Gimpel entered a conditional plea pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. The plea agreement contemplates that Mr. Gimpel be sentenced to a mandatory minimum sentence of five years. He has been incarcerated since March 25, 2005. The Court scheduled the sentencing for November 18, 2005.

3. In the process of preparing a Memorandum in Aid of Sentencing, the Assistant U.S. Attorney assigned to this case began to comply with the protocol required for victim notification under the Attorney General Guidelines for Victim and Witness Assistance, which became effective on May 4, 2005.

4. The Assistant learned and promptly informed the Presentence Report writer in this case that the process of victim notification in cases where there are child victims who may be victims in more than one prosecution and where there is concern that additional emotional damage might result from their "reliving the memories" because of current efforts to re-contact victims, their parents or guardians, can be a more lengthy and complicated process than those required with many adult victims of crime.

5. In order to make a good faith effort to locate and, if possible, notify the child victims consistent with the Guidelines referenced-above as well as the requirements incorporated in the Justice for All Act, Title 18 U.S.C. § 3771 et. seq., the Assistant assigned to the case will need additional time to complete the Memorandum in Aid of Sentencing.

6. The defense attorney represented that they will not oppose the instant motion, and the Assistant is aware that, should there be a need to continue the sentencing hearing itself, the defense will need sufficient time to notify those individuals who would need to change their travel plans to attend the sentencing hearing.

7. A continuance would not prejudice the defendant since he has been incarcerated for a period of time that is far less than the sentence contemplated by the plea agreement.

For the foregoing reasons, the Government respectfully requests that the Court grant the Government's Unopposed Motion for an Extension of Time Until November 10, 2005, To File A Memorandum in Aid of Sentencing.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. Bar Number 451058

By: _____
        HEIDI M. PASICHOW
        Assistant United States Attorney
        D.C. Bar Number 370686
        555 Fourth Street, N.W.
        Room 11-445
        Washington, D.C. 20530
        (202) 514-7273
        Heidi.Pasichow@usdoj.gov

_____
Sara Gottovi, Esquire
Trial Attorney
Child Exploitation and Obscenity Section,
    Criminal Division
Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
(202) 305-4133

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed notifying counsel of record for defendant Lara Quint, Office of the Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004 this 4nd day of November, 2005.

_____
Heidi M. Pasichow
Assistant United States Attorney

Case 1:05-cr-00258-EGS    Document 19    Filed 11/04/2005    Page 4 of 5