IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Palintiff, ) | |
| ) | |
| v. ) | Cr. No. 05-258 (EGS) |
| ) | |
| ZACHARY NIELSON GIMPEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING

_____Mr. Zachary Gimpel, through undersigned counsel, respectfully submits the following

letters in anticipation of his sentencing, scheduled for January 6, 2006 at 10:00 a.m.

 

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500