Dear Judge Sullivan,

      My name is Justine Davis. I have known Zachary Gimpel for five years. I began dating him in November of 2000.

      Zach has always been a very kind and caring person. One of his best qualities is his desire to help others. He worked for a few years as a firefighter and as an EMT. Another one of his best qualities is that he is very hard working and ambitious. He worked very hard to become an EMT, which is a very demanding job as it is, but he had also been saving money so that he could attend paramedic school so that he could better himself in his education and his career.

      Another great quality about Zach is that he always puts his family first and has always been there for them whenever they need him. He has always been there for me and my family as well. He has helped my grandmother out countless times, whether it be helping her move things, helping out with a yardsale she had, or raking her yard for her.

      Zach made a mistake. Everyone makes mistakes, some larger than others. The difference is that some learn from their mistakes and some do not. Zach realized that he had made a mistake and that he had a problem, a problem which he wanted to fix. He began to recieve help for this problem and was seeing a therapist prior to his arrest. He wanted to receive help for his problem. Even after the arrest he did everything he could to cooperate with the authorites, even when that meant moving down to Washington D.C., far away from his family.

      Zach is not a bad or dangerous person, just someone who made a bad decision, one which he recognized and began to correct on his own. I do not believe that his life, his career, and everything he has worked for should suffer because of a single mistake.

      Zach is a good, caring, hard working, wonderful person, who goes out of his way to help others, and this is the Zach that I have known for the past five years.

Sincerely,
Justine Davis

①

Dear Honorable Judge Sullivan,

My name is Zachary Gimpel and I am standing infront of you for sentencing because I violated 18 USC 2252(a)(4). I am writing to say that I am sorry for the actions I have committed. I accept full responsibility for what I did and I beg for mercy.

I wish for you to know that I never meant to hurt anyone. I was not trying to maliciously hurt anyone, especially children. To be completely honest, I never really realized that I, infact, was hurting people, specifically children. I did not fully realize that by engaging in this activity I was supporting an industry that exploits, kidnaps, rapes and abuses children. I realize this now and apologize for my actions.

When I was introduced to this I was 14 years old. I thought it was ok because I was a child as well, curious and figured they were my peers. Like all pornography it became addictive. When I left for college I thought I could leave it all behind, however it followed me. Once I gained my Emergency Medical Technician license in December of 2001 and started to work full time for an Amberlance company, I started to realize that this was something that I needed to correct, but I did not know how to. I was also afraid that, due to mandatory Reporting Laws I would be Reported to Authorities. That would mean I would lose my EMT License and be thrown into Prison. How does one, who wants help for Deviant behavior, seek that help when the threat of being punished just for seeking that help and being labled a criminal for life is a very good possibility. I, however, did take a chance and picked a psycologist out of a phone book, because I did not know how else to find one. That proved unproductive because the psycologist Defended my thoughts and actions as ok. Also the psycologist would just sit for the session Listening to me talk for an hour offering no help. I Realized that this was not what I needed. I needed

dealt with this specific problem. There was also the continuing threat of being Reported. But my Desire to recieve help out weighed all my fears and problems and I chose to go to counselling even though I would be putting myself in even more debt. Because of my finacial situation and complete lack of medical insurance, I could not go as much as I wanted to. Also after my first session the counsellor Reported me to the Department of Human Services, confirming my worst fears. I had not done Anything to any child in any way. I had never touched a child Inappropriately or tried to touch a child Inappropriately. The counselor claimed it was because I was Renting a room from my Highschool Friend who had a 3 year old daughter. I did realize what other people might think and the morning after my first session, I moved out. Unfortunately, the Damage had already been done, DHS was involved and I am terrified it is or will be used against me. All I did was to seek help for a problem I had and I felt that I was punished for seeking that help.

Your Honor, I would never intentionally hurt a child. I can't harm another person on purpose. That is why I chose to become an EMT. All I want to do in my life is to help people. During this ordeal I have been cooperating with the government in Atempt to atone for what I did. I atempted to provid substantial assistance, but the government Deemed it not good enough. I agreed to be transfered to DC and not ask for a change of venue or bond even though my family was in New Egland. I agreed not to push any of my Rights including my right to a Preliminary hearing, to show my good faith and to do what I felt was the right thing to do.

Since I have been in jail, I have given my life and loyalty to Jesus Christ. I have been baptized in His name. I have read All of the

chorus, Drama, Band, playing the trumpet, soccer and cross country. In college I continued playing trumpet in the Wind Ensamble and started a swing dance club. This past year I was active not only with Monmouth Fire Department but also with Monmouth Community Players, the local theater group, in their Production of "Jekyll and Hyde."

I have been contemplating Joining the United States Coast Gaurd Reserves In order to help people more. Although I had dropped out of college in 2001, I plan on Returning to school to obtain my Bachelor's Degree.

I met my girlfriend Justine Davis in November of 2000 and have been in a Romantic Relationship ever since. Although we have had our share of arguements, I Love her with all my heart and she has my undying devotion and loyalty. She has promised to stay with me and support me no matter what happens. We have Plans to get married soon after my Release. She has made me want to be better then who I was/am. I would gladly give my life if I thought it would Protect her. I thank God every day that she is in my life and that she has promised to stay with me. She is my family. I will always be there for her and always support her.

I love my family and would do anything for them. I would do anything to Protect and Provide for them. I feel the same about my friends. I'm there to be a friend by listening or anything they need. I can not hold a grudge against anyone. God Blessed me by being able to forgive. Although at times it can be difficult.

Also since I have been in Jail I have gotten a job in the culenary Detial Making the Diet trays for CCA/CTF. I am also active in the choir in the chapell.

Your Honor I have made a terrible mistake that I feel society will never forgive me for. I am truely Remorseful for what I have done. I beg for mercy

October 20, 2005

The Honorable Emmet Sullivan,
Judge for U.S. District Court of the District of Columbia
333 Constitution Ave NW
Washington, DC

Dear Judge Sullivan,

I am writing in regards to my son, Zachary J. N. Gimpel, who will be appearing for sentencing before you in November. Not having had any experience in legal matters such as these, I hope you will bear with my lack of expertise in presenting those characteristics of Zach's which I hope you will take into consideration when determining his sentence.

The past 18 months has been a very painful learning experience for our whole family, but especially for Zach. Though we have weathered some difficult periods over the years, prior to May of 2004 I would have said that Zachary had matured into a responsible, decent, moral young man. He was working as an EMT with hopes to become a paramedic. I still believe he is that same individual, but now I know he needs help through counseling to overcome his interest in child pornography. I believe that curiosity and impulsiveness led him into a situation in which he couldn't find a way out. Though I don't understand how or why he became involved in looking at child pornography, I do recognize the dilemma he faced once he realized that he might have a problem with his interest in these kinds of pictures. Might Zach, initially, have looked at pictures of people he thought were in their middle to late teens whom he would have thought of as peers, not children? I do not think he thought through the situations that would result in the types of pictures. I do assume that once he realized that the act of downloading the pictures was illegal (not to mention immoral), as an EMT and mandatory reporter himself, he recognized he had a major conundrum: How to obtain help from a counselor without endangering his career as an EMT? In the general discussions we have had since my computer was first seized in May of 2004, Zach has indicated that he didn't know how to get help for this problem without having someone assume that he was a danger to children and therefore putting himself in the very position in which he now is. Unfortunately, this does seem to be a major challenge with the issue of child pornography. Although I realize that most sexual predators have an interest in pornography, I know that not all who have an interest in pornography are sexual predators.

I feel my son would not knowingly, or intentionally, harm anyone much less a child. In fact, he has a great desire to help people. He began as a volunteer junior firefighter as soon as he was eligible at 16. His interest as a law enforcement Explorer with the Monmouth Police Department was an indication of this need to serve the public. The results from the tests he took in high school for the military also showed this with the results pointing him in the direction of the Coast Guard. His initial reaction to the tragedy on 9/11 was to volunteer to go down to help. Only when older, wiser people pointed out that he lacked the experience needed to really help did he grudgingly put aside his plan.

I have watched Zach grow and mature from a typical self-centered, self-serving boy into a sensitive, caring young man. Though still apt to put up a front of bravado when unsure of himself (a trait I've seen in many young men in their late teens and early twenties), he had begun to recognize this tendency and consciously combat it. Since he was a young child, Zach has always learned from his mistakes. I hope you will be able to see the potential in him. I believe guidance and counseling rather than a lengthy imprisonment would be more beneficial not only for Zach but also for society.

Thank you for your patience and consideration.

Sincerely,

*Bonnie L. Nielson*
Bonnie L. Nielson

Your Honor,

I am writing to you to let you know the other side of my son Zachary Gimpel. I have always felt that Zac was a good person. He is intelligent, honest, straightforward, and although somewhat opinionated, outgoing and well liked by people. He was never involved in drugs, he played sports and loved to play the trumpet and taught himself how to play the piano. He has also been involved with the local Community Theater.

He enjoys helping people. As a child he was always looking forward to joining the fire department and as soon as he could he became a volunteer fireman. Even his chosen profession as a paramedic displayed his desire to help people.

Zac is a very determined young man. Once he sets his mind to a project he can accomplish anything. I think that this is the trait that will help him most in this situation. I have told him that the true test will come when he is released and must live back in society. It will be difficult for him, not because of a fear that he will repeat his offenses. but because of peoples reactions to him. I am sure he has the determination and ability to overcome these problems and to change his life for the better. Through my conversations with him, I am sure that he will to do what is necessary to put his life back together. He has the support and help of a family that loves him and the support of a girlfriend that has stuck by him.

He has expressed a genuine sorrow for what he has done and it pains him that he has hurt people through his actions. He has never been one to repeat his mistakes and has taken the lessons that he has learned to heart.

I know that it is necessary to punish him for what he has done, but it is my hope that you will be lenient and allow him the ability to seek the help he needs and to put his live back in order.

Thank you for your time and for allowing me the opportunity to write you this letter.

Kevin J Gimpel
69 Bing Moore Rd
Bowdoin, Me. 04287

Judge Emmet Sullivan
The District Court, Washington D.C.
333 Consitiution Avenue, NW


Dear Judge Sullivan,

My name is Torrey Gimpel, I am the younger sister of Zachary Gimpel. I write this letter on his behalf for the reason that as a full-time college student at Carroll College in Wisconsin, I am unable to be present at the sentencing hearing. I also write this letter to allow you to see the man that I know as my brother.

For twenty years, I have watched my brother grow and become the man before you in the hearing. While I may have been a child for most of this time, I still am able to comprehend the change, and to see the good in him.

Three years separate my brother and me. When I entered high school as a freshman, Zachary was entering his senior year. Both my brother and I shared the same group of friends, allowing me to see Zachary beyond my own relationship with him. With those he calls friends he offers undying loyalty, trust and counsel. He was never the most popular, but those who called him friend, knew him as a good man. I watched as my brother would help a friend through some of the most difficult times in their life, often being counsel when no other wanted to help or listen. Even when a friend would cause Zachary great pain for they would break his trust, he would still give them the benefit of the doubt.

When my brother left for college, I was able to see a great change in him. He was no longer confined to a small school and town atmosphere, where the people never allow one to change from the young child finding his or her way, to the man or women, one had become. Zachary matured greatly; he began to see he preferred helping others through volunteering in the fire department and working as an EMT. While we still had our differences, we could easily have a conversation without bickering at one another. In those conversations I saw my brother searching for himself. He also showed that he knew that his way was not always the correct choice, that he did not always know everything. But I believe that every young adult goes through that process, just as I, myself, am now reaching that point.

Even in this situation, into which I find myself being brought, Zachary has shown maturity. He has not just thought about the consequences of his actions upon himself, but also of how those actions have affected his family. Zachary is willing to take the consequences for this problem, showing that he has grown beyond the thought processes of a child.

Judge Sullivan, my brother has made a mistake that he has been trying to cope with. He is not someone who intentionally hurts someone. He has done what has been asked of him, transferring down to D.C. when his family is in New England, and therefore unable to come and visit him. He has tried to convey through the cooperation that he is not only a good man, but a virtuous man. Aristotle says to be a virtuous man one must make the habit of being virtuous first. My brother is developing that habit. Zachary has made a mistake in which he was already trying to correct through his actions, please allow him a chance to further that correction.

Respectfully,

*Torrey Gimpel*

Torrey Hart Nielson Gimpel


2104A NEW HALL
200 EAST COLLEGE AVENUE
WAUKESHA, WI 53186



# Rita H. Gimpel
9142 LYNWOOD LANE
FAIRVIEW HEIGHTS, IL 62208

11-12-05

To Whom it may concern:

My name is Rita Gimpel, I am Zachary Gimpel's Grandmother.

Zachary's family is very important to him. For instance one Thanksgiving I went to Maine to see my son and daughter-in-law. He came to Maine from Boston just to see me. He couldn't stay long because he had to go to work. He is a hard worker. A very considerate person. My time c Zachary has been limited because of distance and bad health.

He loved working in med. field because he was helping people.

Rita Gimpel

October 15, 2006

To Whom It May Concern:

  I am writing on behalf of Zachary Gimpel. I have known Zach for quite a few years as he was a classmate of my younger son, and also involved in many of the same activities such as drama and chorus. I was the drama club director for the Monmouth Middle School during the time that Zach was a student there, and he was a very enthusiastic participant in this activity. I could rely on him to be at rehearsals, to learn his lines, and to follow directions. He was a very social young man and loved to talk, especially to adults. It was my understanding at the time that Zach was diagnosed with ADHD, or attention deficit hyperactive disorder, but the older and more mature he became, this did not on the surface appear to be a detriment in his ability to participate in drama or chorus.

  Although I did not work with him in high school drama, he was involved with the Monmouth Community Players, a local group for which I served as Artistic Director for ten years. As a matter of fact, Zachary was a member of our cast for our most recent musical production of *Jekyll & Hyde* when he was arrested for this particular offense. This was the first time I had worked with Zach for several years as he had left Monmouth after high school graduation and pursued other educational and job opportunities. While working with us on this show from mid-December 2004 to March of 2005, other than missing an occasional rehearsal related to his employment at the time, and for which he would always inform me ahead of time (something very much appreciated by a director), he was very reliable, enthusiastic, and did not show any signs or behaviors that would have made me or any other member of my cast feel uncomfortable. He was always very helpful, and sometimes would make suggestions or offers to help solve some of the production challenges you were having. I was very surprised, needless to say, when Zach did not show up for the actual performance because of his present situation.

  I am not totally aware of the actual severity of Zach's crime(s), but I am quite sure that he is not a "hardened" criminal. I do understand the nature of what he was accused of, and I know how difficult this has been for him and his entire family. I hope that everyone involved with Zach in the criminal justice system will take into consideration that he is basically a good person, and that along with his "sentence", there will be opportunities to get the counseling and medical treatments that he obviously needs. I have faith that Zachary can turn his life around as long as he gets the support that he needs, and this must extend from beyond just his immediate family.

  Thank you for taking my letter into consideration.

Lucille A. Rioux<br>
*Lucille A. Rioux*<br>
13 Cherry Street<br>
Gardiner, ME  04345<br>
(207)582-5717

ARAMARK Correctional Services
Correctional Treatment Facility
1901 E St SE
Washington DC 20001
Salim Ali, Food Service Director
202.547.7822 (office)
202.547.1869 (fax)

Date: November 9, 2005

Re:

    Inmate Name: Zachary Gimpel
    DCDC #: 304707
    Start Date: August 17, 2005
    End Date: Present

Inmate Zachary Gimpel has been working with ARAMARK for the 3 months. He started in the tray room and also assisted in beverage production and food delivery. He proved to be a dependable and reliable worker, so he was placed in charge of the lunch diet meal. He is responsible for preparing the diet food, sticking the appropriate labels, reading the diet menu and serving the correct portion for each diet. Mr. Gimpel is also responsible for practicing food safety and cleaning and sanitizing his work area. He maintains a positive attitude and possesses good work ethics and there is always positive feed back on his performance.

For further information please feel free to contact us.

Salim Ali
Food Service Director